B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MMR Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Medical Marketing Resources; DBA MMR** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**54-1901859** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**301 Concourse Blvd., #230**<br>**Glen Allen, VA**<br>ZIP Code **23059** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Henrico** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     *** **Robert S. Westermann 43294** ***

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MMR Holdings, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MMR Holdings, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Robert S. Westermann** _____
Signature of Attorney for Debtor(s)

  **Robert S. Westermann 43294**
Printed Name of Attorney for Debtor(s)

  **Hirschler Fleischer A Professional Corporation**
Firm Name

  **The Edgeworth Building**
  **P.O. Box 500**
  **Richmond, VA 23218-0500**

Address

              **Email: abowers@hf-law.com**
  **804-771-9500  Fax: 804-644-0957**
Telephone Number

  **April 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Neil R. Burgess** _____
Signature of Authorized Individual

  **Neil R. Burgess**
Printed Name of Authorized Individual

  **Chairman, President, and CEO**
Title of Authorized Individual

  **April 14, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## DECLARATION REGARDING THE LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

I, Neil R. Burgess, of the debtor, MMR Holdings, Inc., and its related debtor affiliates in these Chapter 11 cases, declare under the penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge, information, and belief.

Dated: 4/12/10

Neil R. Burgess
Chairman, President, and
Chief Executive Officer

## MMR Holdings Inc.
## Special Shareholders Meeting
## April 12, 2010


The special meeting of MMR Holdings Inc. shareholders was called to order at 10:00 a.m. by the Chairman, Neil Burgess. Notice of this meeting was duly given on April 2, 2010. A quorum of shareholders was present at the meeting in person or by proxy.

The purpose of the meeting was to consider the following resolution with the motion made and seconded.


**RESOLVED, that the Shareholders of the Company authorize the Board of Directors of the Company to file a petition for protection from creditors of the Company and its affiliates under the United States Bankruptcy Code and to take all necessary or appropriate actions relating thereto, should the Board of Directors determine that doing so is in the best interests of the Company.**


The affirmative vote of two-thirds of the outstanding shares of common stock is required for the approval of this resolution. Each outstanding share is entitled to one vote.

After discussion, the Chairman called for the vote. Voting in favor of the resolution were 23,063,460 shares representing 70.36%. The motion passed.

Meeting was adjourned at 10:10 a.m.


Sincerely,

Linda Rhodes
Assistant. Secretary for meeting.

MMR Holdings Inc.
Minutes of Meeting
Of Board of Directors
**April 12, 2010**

**The special meeting of the Board of Directors was called to order at 10:22 a.m.  Present by phone were Burgess, Clisham, Gardener, Heffernan, and Stamper.**

**The following motion was made and seconded.**

The Directors of MMR Holdings Inc., a Virginia corporation (the "Company"), hereby approve and adopt the following actions:

**WHEREAS,** the Board of Directors that the Company has determined based on the information presented to it that the Company is eligible to file a voluntary petition under Chapter 11 of the United States Bankruptcy Code (a "Petition"); and

**WHEREAS,** the shareholders of the Company have authorized the filing of a Petition as is required by the Company's Articles of Incorporation; and

**WHEREAS,** in the judgment of the Board of Directors, it is desirable and in the best interests of the Company that the Company file a Petition;

**NOW, THEREFORE, BE IT RESOLVED** that Neil Burgess, the Chief Executive Officer of the Company (the "Authorized Officer") is authorized and directed, after consultation with counsel, to prepare, execute, verify, and cause to be filed an appropriate petition under Chapter 11 of the United States Bankruptcy Code in the Richmond Division of the United States Bankruptcy Court for the Eastern District of Virginia, and that the Authorized Officer is designated as the Company's official representative for appearances in the Chapter 11 proceeding, and authorized to execute and cause to be filed such documents as are necessary to effectuate such designation; and it is

**RESOLVED** that the Authorized Officer is authorized to retain and employ the law firm of Hirschler Fleischer, P.C. of Richmond, Virginia, at its customary hourly rates and charges as they now exist and as they may hereafter change, to advise and represent the Company on all matters relating to or arising in the Chapter 11 proceeding, including, without limitation, the preparation and filing of the voluntary petition and all lists, schedules, pleadings, and other necessary documents; and it is

**RESOLVED** that the Authorized Officer is authorized to prepare, with the assistance of others where necessary, execute, and cause to be filed all schedules, lists, pleadings, and other papers, and to take any and all actions, which may be necessary or desirable in connection with the Chapter 11 proceeding; and it is

**RESOLVED** that in connection with the filing of the Petition, the Authorized Officer is authorized to negotiate and enter into a new or amended credit facility with Bank of America ("Bank") under which Bank will serve as a debtor in possession lender to provide liquidity for the Company's continued operations (the "Credit Facility"), and to enter into such security and other arrangements and take any and all actions and execute and deliver on behalf of the Company any and all agreements which the Authorized Officer may deem appropriate in connection therewith; and it is

**RESOLVED**, that all prior actions taken by any officer or other authorized agent of the Company relating to the foregoing resolutions are ratified and approved.

The motion was approved with all directors voting in favor.

The meeting was adjourned at 10:34 a.m.

Sincerely,

Neil Burgess
Secretary

2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **MMR Holdings, Inc.**
                                Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| ADP Inc.<br>P.O. Box 9001006<br>Louisville, KY 40290-1006 | ADP Inc.<br>P.O. Box 9001006<br>Louisville, KY 40290-1006 | Payroll Services | | 160.65 |
| AT&T Long Distance<br>P.O. Box 5017<br>Carol Stream, IL 60197 | AT&T Long Distance<br>P.O. Box 5017<br>Carol Stream, IL 60197 | Long Distance Service | | 48.45 |
| CIT Healthcare LLC<br>1211 Avenue of the Americas<br>New York, NY 10036 | CIT Healthcare LLC<br>1211 Avenue of the Americas<br>New York, NY 10036 | | | 527,362.00<br><br>(0.00 secured) |
| Highwoods Realty Ltd. Partnership<br>P.O. Box 419370<br>Atlanta, GA 30384 | Highwoods Realty Ltd. Partnership<br>P.O. Box 419370<br>Atlanta, GA 30384 | Office Rent | | 3,243.26 |
| Hitachi Capital<br>800 Connecticut Avenue<br>Norwalk, CT 06854 | Hitachi Capital<br>800 Connecticut Avenue<br>Norwalk, CT 06854 | Equipment Loans | | 1,331,120.00<br><br>(0.00 secured) |
| IBM Credit LLC<br>800 North Frederick Avenue<br>Gaithersburg, MD 20879 | IBM Credit LLC<br>800 North Frederick Avenue<br>Gaithersburg, MD 20879 | Guarantor on New Orleans Equipment Loan | | 175,012.87<br><br>(0.00 secured) |
| Knight & Associates<br>528 Maddox Drive<br>Ellijay, GA 30540-5571 | Knight & Associates<br>528 Maddox Drive<br>Ellijay, GA 30540-5571 | Services | | 5,000.00 |
| Konika Minolta<br>4388 Collections Center Drive<br>Chicago, IL 60693 | Konika Minolta<br>4388 Collections Center Drive<br>Chicago, IL 60693 | Copier Maintenance | | 449.07 |
| Mill Valley, LLC<br>2055 Readding Road, Suite 220<br>Cincinnati, OH 45202 | Mill Valley, LLC<br>2055 Readding Road, Suite 220<br>Cincinnati, OH 45202 | Guarantee of Real Estate Lease | | 5,508.00 |
| The Taj<br>P.O. Box 28653<br>Santa Ana, CA 92799 | The Taj<br>P.O. Box 28653<br>Santa Ana, CA 92799 | Guarantee of Real Estate Lease | | 75,000.00 |
| Toshiba America Medical Credit<br>305 Fellowship Road, Suite 300<br>Mount Laurel, NJ 08054 | Toshiba America Medical Credit<br>305 Fellowship Road, Suite 300<br>Mount Laurel, NJ 08054 | Leasehold - Orange County | | 160,000.00<br><br>(0.00 secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **MMR Holdings, Inc.**                 Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| US Department of Treasury 1500 Pennsylvania Avenue NW Washington, DC 20220 | US Department of Treasury 1500 Pennsylvania Avenue NW Washington, DC 20220 | 1999 Withholdings | | 20,543.00 |
| Verizon Business P.O. Box 371873 Pittsburgh, PA 15250 | Verizon Business P.O. Box 371873 Pittsburgh, PA 15250 | Phone Service | | 15.77 |
| Worldwide Express P.O. Box 1932 Brookfield, WI 53008-1932 | Worldwide Express P.O. Box 1932 Brookfield, WI 53008-1932 | Overnight Delivery Service | | 22.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman, President, and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 14, 2010**        Signature   **/s/ Neil R. Burgess**
                                         **Neil R. Burgess**
                                         **Chairman, President, and CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

ADP Inc.
P.O. Box 9001006
Louisville, KY 40290-1006


AT&T Long Distance
P.O. Box 5017
Carol Stream, IL 60197


Bank of America
P.O. Box 15726
Wilmington, DE 19886


CIT Healthcare LLC
1211 Avenue of the Americas
New York, NY 10036


Danka
8226 Park Meadows Drive
Lone Tree, CO 80124-2746


GE Capital Corporation
1961 Hirst Drive
Moberly, MO 65270


Highwoods Realty Ltd. Partnership
P.O. Box 419370
Atlanta, GA 30384


Highwoods Realty Ltd. Partnership
c/o Highwoods Properties, Inc.
3100 Smoketree Court, Suite 600
Raleigh, NC 27604


Hitachi Capital
800 Connecticut Avenue
Norwalk, CT 06854


IBM Credit LLC
800 North Frederick Avenue
Gaithersburg, MD 20879


Knight & Associates
528 Maddox Drive
Ellijay, GA 30540-5571

Konika Minolta
4388 Collections Center Drive
Chicago, IL 60693


Mill Valley, LLC
2055 Readding Road, Suite 220
Cincinnati, OH 45202


Opensided MRI of St. Louis, L.L.C.
12101 Olive Boulevard
Saint Louis, MO 63141


The Taj
P.O. Box 28653
Santa Ana, CA 92799


Toshiba America Medical Credit
305 Fellowship Road, Suite 300
Mount Laurel, NJ 08054


US Department of Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220


Verizon Business
P.O. Box 371873
Pittsburgh, PA 15250


Worldwide Express
P.O. Box 1932
Brookfield, WI 53008-1932