Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  rwestermann@hf-law.com
        sdelacruz@hf-law.com

*Proposed Counsel for Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MMR HOLDINGS, INC., <u>et al.</u>,[1] | ) | Case No. <u>10-32658-DOT</u> |
| | ) | Jointly Administered |
| Debtors. | ) | Chapter 11 |

## PROPOSED AGENDA FOR THE OMNIBUS HEARING SCHEDULED MAY 19, 2010

**A.  Introduction**

Set forth below is the proposed agenda for the omnibus hearing scheduled in the above-captioned matter on May 19, 2010, beginning at 2:00 p.m. (the "Proposed Agenda").

The information contained in the Proposed Agenda reflects the documents received in the office of the Debtors' proposed counsel as of the date hereof. Proposed counsel for the Debtors has served a copy of this Proposed Agenda on the Core Group, the 2002 list, and Affected Entities as those terms are defined in the Order Establishing Certain Notice, Case Management, and Administrative Procedures.

The matters set for hearing are divided into the following categories for purposes of this Proposed Agenda:

    A.    Introduction
    B.    Contested Matters (2)

---

[1] The fourteen (14) Debtors in the cases are MMR Holdings, Inc., and its subsidiaries, *i.e.*, OpenSided MRI of Atlanta, LLC, OpenSided MRI of Cleveland, LLC, OpenSided MRI of Cincinnati, LLC, OpenSided MRI of Denver, LLC, OpenSided MRI of Indianapolis, LLC, OpenSided MRI of Kansas, LLC, OpenSided MRI of Las Vegas, LLC, OpenSided MRI of Louisville, LLC, OpenSided MRI of Oklahoma City, LLC, OpenSided MRI of Orange County, LLC, OpenSided MRI of San Antonio, LLC, OpenSided MRI of New Orleans, LLC, and OpenSided Management, LLC.

C.  Uncontested Matters (5)

**B.  <u>Contested Matters</u>**

1.  Final Hearing on Debtors' Motion for Entry of Interim and Final Orders: (A) Authorizing Debtors to (I) Obtain Post-Petition Financing, and (II) Utilize Cash Collateral; (B) Granting Adequate Protection; and (C) Scheduling Interim and Final Hearings (Doc. No. 17).

    <u>Related Filings</u>:    Interim Order Granting Debtors' Motion for Entry of Interim and Final Orders: (A) Authorizing Debtors to (I) Obtain Post-Petitiion Financing, and (II) Utilize Cash Collateral; (B) Granting Adequate Protection; and (C) Scheduling Interim and Final Hearings (Doc. No. 34).

    Notice of Entry of Interim Order and of Final Hearing on Debtors' Motion for Entry of Interim and Final Orders: (A) Authorizing Debtors to (I) Obtain Post-Petition Financing, and  (II) Utilize Cash Collateral; (B) Granting Adequate Protection; and (C) Scheduling Interim and Final Hearings (Doc. No. 78).

    Amended Interim Order Granting Debtors' Motion for Entry of Interim and Final Orders: (A) Authorizing Debtors to (I) Obtain Post-Petitiion Financing, and (II) Utilize Cash Collateral; (B) Granting Adequate Protection; and (C) Scheduling Interim and Final Hearings (Doc. No. 85).

    Hitachi Capital America Corp.'s Objection to the Final Approval of the Order (A) Authorizing Debtors to (I) Obtain Post-Petitiion Financing, and (II) Utilize Cash Collateral; (B) Granting Adequate Protection; and (C) Scheduling Interim and Final Hearings (Doc. No. 91).

    <u>Status</u>:    The Final Hearing on this matter will go forward.

2.  Hitachi Capital America Corp.'s Motion for Adequate Protection, or in the Alternative, Motion to Terminate or Modify the Automatic Stay Pursuant to 11 U.S.C. § 362 and Notice of Filing of Motion and of Hearing on Same (Doc. No. 62).

    <u>Related Filings</u>:    Debtors' Response and Objection to Hitachi Capital America Corp.'s Motion for Adequate Protection, or in the Alternative, Motion to Terminate or Modify the Automatic Stay Pursuant to 11 U.S.C. § 362 and Notice of Filing of Motion and of Hearing on Same (Doc. No.88).

Status: The Preliminary Hearing on this matter will go forward, and the parties will likely request a Final Hearing on June 10, 2010, at 2:00 p.m. (the next Omnibus Hearing date).

**C.     Uncontested Matters**

1. Debtors' Application to Retain and Employ Hirschler Fleischer, P.C. as Bankruptcy Counsel (Doc. No. 76).

    Related Filing:     Notice of Motions and Hearing Thereon (Doc. No. 77).

    Certificate of Service (Doc. No. 80).

    Status:     The hearing on this matter will go forward.

2. Debtors' Application to Retain and Employ Keiter, Stephens, Hurst, Gary & Shreaves, P.C. as Accounting Firm (Doc. No. 75).

    Related Filing:     Notice of Motions and Hearing Thereon (Doc. No. 77).

    Certificate of Service (Doc. No. 80).

    Status:     The hearing on this matter will go forward.

3. Motion of OpenSided MRI of Orange County, LLC to Approve Rejection of Unexpired Leases and Executory Contract (Doc. No. 74).

    Related Filing:     Notice of Motions and Hearing Thereon (Doc. No. 77).

    Certificate of Service (Doc. No. 81).

    Status:     The hearing on this matter will go forward.

4. Motion of the Debtors for Authority to File A Consolidated List of Debtors' Twenty-Five Largest Unsecured Creditors (Doc. No. 73).

    Related Filing:     Notice of Motions and Hearing Thereon (Doc. No. 77).

    Certificate of Service (Doc. No. 82).

    Status:     The hearing on this matter will go forward.

5. Debtors' Motion for Administrative Order Establishing Interim Compensation Procedures (Doc. No. 72).

| | |
|---|---|
| <u>Related Filing</u>: | Notice of Motions and Hearing Thereon (Doc. No. 77). |
| | Certificate of Service (Doc. No. 79). |
| <u>Status</u>: | The hearing on this matter will go forward. |

Dated: May 17, 2010

MMR HOLDINGS, INC., et al.

By: /s/   Robert S. Westermann
Proposed Counsel

Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  rwestermann@hf-law.com
          sdelacruz@hf-law.com

*Proposed Counsel for the Debtors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May, 2010, a true and correct copy of the foregoing Proposed Agenda was served via the Court's ECF filing system, and was also served via first-class mail, postage prepaid, overnight mail (next business day), electronic mail, hand delivery, and/or facsimile to the Core Group, the 2002 List, and the Affected Parties listed on **<u>Schedule A</u>** attached hereto:

/s/ Robert S. Westermann
Proposed Counsel

**SCHEDULE A**

CIT Healthcare LLC
Attn: John Sawn
305 Fellowship Road, Suite 300
Mount Laurel, NJ 08053
Fax: 856-813-2949
*Creditor*

Hitachi Capital America Corp.
c/o Michael A. Zito
Randall F. Scherck
1300 Eye Street, NW, Suite 1050E
Washington, DC 20005
Telephone: 202-962-0032
Fax: 202-962-0357
mzito@lathropgagedc.com
rscherck@lathropgage.com

and

Robert B. Hill, Esq.
bhill@hillrainey.com
*Counsel for Creditor, Hitachi Capital America Corp.*

IBM Credit LLC
Attn: Norbert Cardenas
4111 Northside Parkway
Atlanta, GA 30327
Telephone:  404-238-2793
Fax:  404-238-2433
*Creditor*

Toshiba America Medical Credit
305 Fellowship Road, Suite 300
Mount Laurel, NJ 08054
*Creditor*

American Express Bank, FSB
c/o Becket & Lee LLP
Attn: Sandra K. Curtin and Kenneth W. Kleppinger
16 General Warren Blvd.
P.O. Box 3001
Malvern, PA 19355
Telephone: 610-644-7800
Fax: 610-993-8493
Email: scurtin@becket-lee.com
kkleppinger@becket-lee.com
*Counsel for Creditor, American Express Bank, FSB*

Diagnostic Imaging Specialists
600 Lake Forrest Drive, Suite 475
Atlanta, GA 30328
Telephone: 404-459-8440
*Creditor*

Hitachi Medical Systems
Attn: David Hartman
1959 Summit Commerce Park
Twinsburg, OH 44087
Telephone: 330-289-0421
*Creditor*

CIT Credit Corporation
Attn: John Sawn
305 Fellowship Road, Suite 300
Mount Laurel, NJ 08053
Fax: 856-813-2949
*Creditor*

Hehman & Bramlage
Attn: John Bothford
2943 Eastern Avenue
Cincinnati, OH 45226
Telephone: 513-871-9600
Fax: 513-871-9682
*Creditor*

National Diagnostic Imaging
37115 Miles Road
Chagrin Falls, OH 44022
Scott Pohlkamp
Telephone: 216-272-9161
spohlkamp@ndximaging.com
*Creditor*

Radiology Specialists of Denver
210 University Blvd., Suite 77
Denver, CO 80206
Telephone: 303-468-1395
*Creditor*

Diagnostic Imaging Alliance of Louisville
Attn: Jim Hiken, M.D.
234 East Gray Street, Suite 850
Louisville, KY 40202-1735
Telephone: 502-525-1735
Fax: 502-583-1463
*Creditor*

Alliance Radiology
Attn: Deb Palmisano
9212 Nieman Road
Overland Park, KS 66214
Telephone: 913-599-6777, ext. 225
Fax: 913-599-3955
*Creditor*

Radiology Associates of Nevada
2555 Montessouri Street, Suite C
Las Vegas, NV 89117
Telephone: 702-477-0772
*Creditor*

SB Capital Corp c/o Bayer Healthcare
6 West Belt
Wayne, NJ 07470
Telephone: 973-694-4100
Fax: 973-305-3510
*Creditor*

Delta Diagnostics
Attn: Claire Riehm
3000 34th Street
Metairie, LA 70001
Telephone: 504-834-3062
*Creditor*

IBM Credit LLC
Norbert Cardenas
4111 Northside Parkway
Atlanta, GA 30327
Telephone: 404-238-2793
Fax:  04-238-2433
*Creditor*

Advanced Imaging Consultants P.C.
Attn: Weyton Tam, M.D.
        David  Lewis Coffman, M.D.
816 Glenlake Drive, Edmond, OK 73013-1810
Telephone: 405-755-0053
Fax: 405-755-0053
Email: aic@osmriokc.com
*Creditor*

Irvine Coast Magnetic Resonance Medical Group
Attn: Martin W. Wieler, M.D.
1220 Hemlock Way
Santa Ana, CA 92704
Telephone: 714-545-9441
*Creditor*

Muller - Taj, LLC
c/o Glen Dresser, Esq.
12650 Riverside Drive, Suite 100
Valley Village, CA 91607
Telephone: 818-755-4848, ext. 113
Fax: 818-985-8895
Email: gombd@aol.com
*Creditor*

Toshiba Medical
21146 Network Place
Chicago, IL 60673
*Creditor*

Advanced MRI Imaging of San Antonio
Attn: James E. Remkus, M.D.
5 Sanctuary Drive
San Antonio, TX 78248
Telephone: 210-479-0200
Fax: 210-479-0205
*Creditor*

David Dennis, M.D.
5282 Medical Drive, Suite 200
San Antonio, TX 78229
Telephone: 210-614-6432
*Creditor*

.  MedStar Funding
Attn: Daniel Christensen, Esq.
7301 RR 620 North Ste. 155-334
Austin, TX 78726
Telephone: 512-226-0097
Fax: 866-468-5043
Email: deb@medstarfunding.com
*Creditor*

Mill Valley Three, Ltd
2055 Reading Road, Suite 220
Cincinnati, OH 45202
Telephone: 513-579-1300
*Creditor*

Joseph S. Sheerin, Esq.
McGuireWoods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
jsheerin@mcguirewoods.com

and

Robert A. Cox, Jr., Esq.
McGuireWoods, LLP
201 North Tryon Street
P.O. Box 31247
Charlotte, North Carolina 28202
rcox@mcguirewoods.com
*Counsel for secured lender, Bank of America, N.A.*

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov
*Assistant U.S. Trustee*